# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-1371**  **September Term, 2024**

FCC-DA 22-629

Filed On: February 21, 2025

In re: Hilliary Acquisition Corp. 2016, LLC,

    Petitioner

    **BEFORE:** Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus, the response thereto, and the reply; and the motion to hold in abeyance, it is

**ORDERED** that the petition for writ of mandamus be denied. Petitioner has not shown that it has "no other adequate means to attain" its desired relief. In re Flynn, 973 F.3d 74, 78 (D.C. Cir. 2020) (en banc) (per curiam) (quoting Cheney v. U.S. Dist. Ct. for D.C., 542 U.S. 367, 380 (2004)). In particular, now that the staff of the Federal Communications Commission has denied petitioner's refund request, petitioner may seek review by the Commission itself. See 47 C.F.R. § 1.115(a). And if the Commission also denies petitioner's request, petitioner may seek judicial review of that denial. See 28 U.S.C. § 2342(1); 47 U.S.C. § 402(a). It is

**FURTHER ORDERED** that the motion to hold in abeyance be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
          Selena R. Gancasz
          Deputy Clerk